UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DONOVAN R. TAPLETTE**                                    **CIVIL ACTION**

**VERSUS**

                                                           **NO. 19-448-JWD-RLB**

**JAMES M. LEBLANC, ET AL.**

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 22) dated April 7, 2020, to which an objection was filed (Doc. 23);

**IT IS ORDERED** that the Motion to Remand (R. Doc. 16) filed by Plaintiff, Donovan R. Taplette, is GRANTED, and this action is REMANDED to the 20th Judicial District Court, Parish of West Feliciana, State of Louisiana, for all further proceedings.

Signed in Baton Rouge, Louisiana, on April 24, 2020.

 

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**